UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO TITLE LAND TRUST Co., TRUST NO. 127632, ROBERT ANTHONY BRYANT, RIDGELAND CORPORATION, and RUFUS COOK<br><br>Plaintiffs,<br><br>HON. JOEL CHUPACK, BANK OF AMERICA N.A., and its ASSIGNEE, U.S. BANK TRUST, N.A. as TRUSTEE for LSF9 MASTER PARTICIPATION TRUST, CITIMORTGAGE, INC., PIERCE & ASSOCIATES, CODILIS & ASSOCIATES, P.C., MANLEY DEAS KOCHALSKI, LLC, EDWARD PETERKA, LOCKE LORD, LLP, RYAN HOLZ, MICHAEL MCGIVENEY, HEAVNER, BEYERS, MIHLAR, LLC,<br><br>AND<br><br>HSBC BANK, USA, N.A., as Trustee, for the Registered Holders of RENAISSANCE EQUITY LOAN ASSET – BACKED CERTIFICATES, SERIES 2000-07, Randall S. Miller & Associates, LLC, POTESTIVO & ASSOCIATES, P.C., POULAMI MAL, and BRIAN NEVEL,<br><br>Defendants. | ))))))))))))))))))))))))))) CASE NO. 22 CV 949 |

**REQUEST FOR THE CLERK OF COURT TO REFUND FILING FEE**

1. On Feb. 22, 2022, Plaintiffs tried filing a complaint in case no. 22 CV 949.

2. Due to a lack of understanding, plaintiffs accidently paid the filing fee twice, resulting in 2 receipt numbers. For **Receipt No. 0752-19180714,** the clerk **did not** receive a

complaint. For **Receipt No. 0752-19180902**, the clerk **did** receive a complaint. **The duplicate payment is Receipt No. 0752-19180714.**

3. I hereby request the Clerk of Court to refund the duplicate filing fee for **Receipt No. 0752-19180714.** The amount of the refund should reflect $402.00. Thank you.

Respectfully submitted,

By: /s/ Barbara Revak

Law Office of Barbara Revak
7411 S. Stony Island Ave
Chicago, IL 60649
Telephone No. (773) 752-2000
barbararevak@att.net
Attorney No. 2320258