## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Chicago Title Land Trust, Trust No. 127632, Robert Anthony Bryant, Ridgeland Corporation, and Rufus Cook,

Plaintiff(s),

v.

Hon. Joel Chupack, Bank of America N.A., CitiMortgage, Inc., Codilis & Associates P.C., Pierce & Associates P.C., Manley Deas Kochalski, LLC, Edward Peterka, Locke Lord, LLP, Ryan Holz, Michael McGivney, Heavner, Beyers, Mihlar, LLC, HSBC Bank, USA, N.A., Randall S. Miller & Associates, PC, Potestivo & Associates, P.C., Poulami Mal, and Brian Nevel,

Defendant(s).

Case No. 1:22-cv-00949
Judge Charles R. Norgle

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes   pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendant Hon. Joel Chupack and against Plaintiffs.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.

☒ decided by Judge Charles R. Norgle on Defendant Hon. Joel Chupack's motion to dismiss [21].

| | |
|---|---|
| Date: 6/27/2022 | Thomas G. Bruton, Clerk of Court |
| | Christina Presslak , Deputy Clerk |