ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s),

v.

Case No.

Judge

Defendant(s).

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

      in favor of plaintiff(s)
      and against defendant(s)
      in the amount of $

         which ☐ includes    pre–judgment interest.
                  does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

      in favor of defendant(s)
      and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

      other:

This action was *(check one)*:

tried by a jury with Judge                         presiding, and the jury has rendered a verdict.
tried by Judge                                without a jury and the above decision was reached.
decided by Judge                             on a motion

Date:                                     Thomas G. Bruton, Clerk of Court

                                                  , Deputy Clerk